UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 4:14CR142 |
| ) | |
| XAVIER F. LEWIS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

As previously directed in open court, the conditions of release for the above-referenced defendant are hereby modified to include the following:

Defendant may travel for work purposes as approved by the USPO.

All other conditions of release as previously set remain in full force and effect.

**SO ORDERED**, this 29th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA